JONATHAN D. WOLF, CA. STATE BAR NO. 127043
SHANNON N. COGAN, CA. STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

ATTORNEYS FOR DEFENDANTS THERMO ELECTRON CORPORATION, THERMO NORAN, INC. AND THERMO SECURITIES CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAMMERWOOD AVENUE, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>THERMO ELECTRON CORPORATION et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CIVIL ACTION NO. CV-04-01081-JW<br><br>STIPULATION AND ORDER TO EXTEND THE CLOSE OF DISCOVERY AND DEADLINES RELATED TO EXPERT WITNESSES<br><br>(Civil L. R. 6-2) |

WHEREAS, the Court's March 28, 2005 Scheduling Order set the close of discovery for January 20, 2006;

WHEREAS, all parties wish to extend the close of discovery two weeks to February 3, 2006;

WHEREAS, the Court's March 28, 2005 Scheduling Order established deadlines related to expert witness discovery as follows: (1) expert disclosures and reports due no later than November 21, 2005, (2) rebuttal expert disclosures due no later than December 1, 2005, and (3) motions to strike experts filed no later than December 12, 2005;

WHEREAS, all parties wish to extend these expert witness deadlines by approximately three

\SCO\671862.1
100705-13293002

1

STIPULATION TO EXTEND THE CLOSE OF DISCOVERY AND EXPERT WITNESS DEADLINES

weeks;

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that

(1) The close of discovery be extended to February 3, 2006;

(2) Expert disclosures and reports be due no later than December 12, 2005;

(3) Supplemental expert disclosures be due no later than December 22, 2005;

(4) Motions to strike expert witnesses must be filed no later than January 6, 2006; and

(5) If any expert is subject to a motion to strike, the discovery cut-off shall be extended as to that expert only; if the Court denies the motion to strike, the discovery cut-off for the expert or experts subject to the motion will be 14 days after the motion is denied.

IT IS SO STIPULATED.

Dated: October 10, 2005

BERLINER COHEN

_____
JONATHAN D. WOLF
Attorneys for Defendants
THERMO ELECTRON CORPORATION
(also Counterclaimant),
THERMO NORAN, INC., and
THERMO SECURITIES CORPORATION

Dated: October 10, 2005

RUBY & SCHOFIELD

_____
GLEN SCHOFIELD
Attorneys for Plaintiff and Counterdefendant
HAMMERWOOD AVENUE, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October ____, 2005
November 16, 2005

BY THE COURT:

_____
HONORABLE JAMES WARE
United States District Judge

\SCO\671862.1
100705-13293002

2

STIPULATION TO EXTEND THE CLOSE OF DISCOVERY AND EXPERT WITNESS DEADLINES