**\*E-FILED\***
**December 7, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMERWOOD AVENUE,<br><br>    Plaintiffs,<br><br>v.<br><br>THERMO ELECTRON CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 04-01081 JW (RS)<br><br>**ORDER RESCHEDULING<br>SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that the settlement conference scheduled for **February 7, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **March 7, 2006 at 9:30 a.m**.

    Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order dated April 29, 2005 shall remain in effect.

1  The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior
2  to the date set for settlement conference.
3
4  Dated:   December 7, 2005

    /s/ Richard Seeborg
5   RICHARD SEEBORG
    United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Glen W. Schofield, Esq.
Email: gschofield@rubyschofield.com

Jonathan David Wolfe, Esq.
Email: jdw@berliner.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  December 7, 2005

       CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

       By:  /s/ *BAK*