1 JONATHAN D. WOLF, CA. STATE BAR NO. 127043
SHANNON N. COGAN, CA. STATE BAR NO. 214976
2 BERLINER COHEN
TEN ALMADEN BOULEVARD
3 ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
4 TELEPHONE:  (408) 286-5800
FACSIMILE:  (408) 998-5388
5
ATTORNEYS FOR DEFENDANTS THERMO
6 ELECTRON CORPORATION, THERMO
NORAN, INC. AND THERMO SECURITIES
7 CORPORATION

**IT IS SO ORDERED**

Judge James Ware

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

| | |
|---|---|
| HAMMERWOOD AVENUE, L.P., | CIVIL ACTION NO. CV-04-01081-JW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE |
| vs. | |
| THERMO ELECTRON CORPORATION et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

18       WHEREAS, all parties wish to continue the pre-trial conference now set for April 17, 2006

19 at 11:00 a.m. in Department 8 of this Court to May 1, 2006 at 11:00 a.m.;

20       IT IS HEREBY STIPULATED by and between the parties through their counsel of record

21 that the pre-trial conference set for April 17, 2006 in Department 8 shall be continued to May 1,

22 2006 at 11:00 a.m. in Department 8.

23 IT IS SO STIPULATED.

24                                              BERLINER COHEN

25 Dated:  April 6, 2006                    /s/
                                            JONATHAN D. WOLF
26                                          Attorneys for Defendants
                                            THERMO ELECTRON CORPORATION
27                                          (also Counterclaimant),
                                            THERMO NORAN, INC., and
28                                          THERMO SECURITIES CORPORATION

1

RUBY & SCHOFIELD

2

Dated:  April ____, 2006

3
                                                    ___/s/_____
                                                    GLEN SCHOFIELD
4                                                   Attorneys for Plaintiff and Counterdefendant
                                                    HAMMERWOOD AVENUE, L.P.

5

6   PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8   Dated: ___APRIL 10, 2006_____

9

10                                                  _____
                                                    HONORABLE JAMES WARE
11                                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2   "conformed" signature (/s/) within this e-filed document.

3

4   Dated:  April _____, 2006

                                                        By  /s/_____
5                                                            JONATHAN D. WOLF

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28