**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

10  Hammerwood Avenue, et al.,              NO. C 04-01081 JW
11              Plaintiffs,                 **ORDER RESCHEDULING STATUS CONFERENCE**
      v.
12
    Thermo Electron Corporation, et al.,
13
                Defendants.
14                                        /

15      Please take note that due to the Court's own unavailability, the telephonic status conference
16  re: Motion for Partial Summary Judgment presently scheduled for July 6, 2006 is rescheduled to
17  **July 13, 2006 at 11:30 a.m.**
18
19  Dated:  June 26, 2006                                 *James Ware*
                                                    JAMES WARE
20                                                  United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Allen Ruby aruby@rubyschofield.com
Anne-Marie Waggoner awaggoner@rubyschofield.com
3  Christine H. Long christine.long@berliner.com
Glen W. Schofield gschofield@rubyschofield.com
4  Jonathan David Wolf Jdw@berliner.com
Shannon N. Cogan shannon.cogan@berliner.com
5  Steven A. Ellenberg sellenberg@rubyschofield.com

**Dated: June 26, 2006**                                      **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers**
                                                                     **Melissa Peralta**
                                                                     **Courtroom Deputy**