1  JONATHAN D. WOLF, CA. STATE BAR NO. 127043
   SHANNON N. COGAN, CA. STATE BAR NO. 214976
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  Email: jdw@berlier.com
   Email: snc@berliner.com
6
   ATTORNEYS FOR DEFENDANTS THERMO
7  ELECTRON CORPORATION, THERMO
   ELECTRON SCIENTIFIC INSTRUMENTS
8  CORPORATION AND THERMO SECURITIES
   CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

9                UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                     SAN JOSE DIVISION

12  HAMMERWOOD AVENUE, L.P.,                No. CV-04-01081-JW
13          Plaintiff,                      STIPULATION AND ORDER
                                            REGARDING RESPONSIBILITY OF
14      vs.                                 THERMO ELECTRON
                                            CORPORATION FOR LIABILITIES
15  THERMO ELECTRON CORPORATION et.al.,     OF ITS SUBSIDIARIES
16          Defendants.
17  AND RELATED COUNTERCLAIM
18

19
20      Plaintiff HAMMERWOOD AVENUE, L.P., previously known as ABRAMS
21  INVESTMENT CO., L.P., previously known as ABRAMS INVESTMENT, a California Limited
22  Partnership ("PLAINTIFF"), by and through PLAINTIFF'S attorneys of record, Ruby & Schofield,
23  and Defendants THERMO ELECTRON CORPORATION, THERMO SECURITIES
24  CORPORATION and THERMO ELECTRON SCIENTIFIC INSTRUMENTS LLC (formerly
25  Thermo Electron Scientific Instruments Corporation) (collectively "DEFENDANTS"), by and
26  through their attorneys of record, Berliner Cohen, hereby stipulate as follows:
27      WHEREAS, PLAINTIFF has commenced this action against DEFENDANTS; and
28

1   WHEREAS, on or about January 26, 1990, PLAINTIFF and Thermo Instrument Systems,
2   Inc. entered into a Lease entitled "Net Building Space Lease" ("Lease"). At the time that it entered
3   into the Lease, Thermo Instrument Systems, Inc. was a wholly owned subsidiary of Defendant
4   Thermo Electron Corporation. Subsequently, on or about June 30, 2000, Thermo Instrument
5   Systems, Inc. was merged into Thermo Electron Corporation and as a result of such merger, Thermo
6   Electron Corporation became responsible for all the debts and liabilities of Thermo Instrument
7   Systems, Inc. including, but not limited to, any responsibilities and liabilities under the Lease which
8   is the subject of this lawsuit;
9   WHEREAS, various corporate subsidiaries of Thermo Electron Corporation occupied space
10  under the Lease;
11  WHEREAS, those entities have undergone certain corporate transactions;
12  WHEREAS, the parties wish to avoid extensive discovery relating to the history and status
13  of each of the various entities which occupied space under the lease and/or their corporate
14  successors and successors-in-interest; and
15  WHEREAS, the parties wish to avoid consuming time at trial in regard to such issues;
16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
17  1.  For purposes of the trial in this action, Thermo Electron Corporation will be deemed
18  to be the successor to or otherwise responsible party for the relevant liabilities, if any, of the
19  following corporate entities and businesses: Thermo Instrument Systems, Inc., Reactor Experiments,
20  Inc., National Nuclear Corporation, Xetex, Inc., Spectrace Instruments, Inc., Kevex Instruments,
21  Inc., KevexSpectrace, Eberline Instrument Corporation, Thermo Noran, Inc., Noran Instruments,
22  Inc., Thermo Securities Corporation, Thermo Electron Scientific Instruments Corporation, and
23  Thermo Electron Scientific Instruments, LLC. Thermo Electron Corporation is responsible for any
24  liabilities and obligations of these entities to Plaintiff relating to any matters arising out of or related
25  to the Lease or the use of the Leased premises.
26  2.  At the trial of this matter, PLAINTIFF will not need to introduce evidence as to the
27  organizational status of the entities listed in the caption of its complaint, or the legal relationship of
28  such entities to Defendant Thermo Electron Corporation.

06/14/06 WED 10:06 FAX 408 9988503          RUBY & SCHOFIELD                          ☒005

IT IS SO STIPULATED.

Dated: June 13, 2006

RUBY & SCHOFIELD

By: /s/ Glen Schofield
GLEN W. SCHOFIELD
Attorneys for Plaintiff

Dated: June 13, 2006

BERLINER COHEN

By: /s/ Jonathan Wolf
JONATHAN WOLF
Attorneys for Defendants

PURSUANT TO THE STIPULATION IT IS SO ORDERED.

Dated: June 26, 2006

BY THE COURT:

/s/ James Ware
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE