Jo Ann Shotwell, Senior Counsel, Litigation
Thermo Electron Corporation
81 Wyman Street

1 Waltham, MA 02454-9046
Telephone (781) 622-1000

2 Attorney for Defendants Thermo Electron Corporation,
Thermo Electron Scientific Instruments, LLC and Thermo Securities Corporation

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5

Hammerwood Avenue, L.P.,

6

7                          Plaintiff(s),

**CASE NO.** CV-04-01081-JW

8                      v.
Thermo Electron Corporation,
et. al,
9 and related counterclaim
                        Defendant(s).

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

10

11     Jo Ann Shotwell                         , an active member in good standing of the bar of

12 Massachusetts        , whose business address and telephone number is   81 Wyman

13 Street, Waltham, MA 02454-9046. Telephone (781) 622-1000.

14 _____ ,

15 having applied in the above-entitled action for admission to practice in the Northern District of

16 California on a *pro hac vice* basis, representing Thermo Electron Corporation,            ,
Thermo Electron Scientific Instruments, LLC and Thermo Securities Corporation.

17       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

18 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

19 *vice.* Service of papers upon and communication with co-counsel designated in the application

20 will constitute notice to the party. All future filings in this action are subject to the requirements

21 contained in General Order No. 45, *Electronic Case Filing.*

22

23 Dated:   8/9/2006                        _____

24                                      United States District/Magistrate Judge
                                         Hon. Judge James Ware

25

26

27 RECEIVED

28

AUG - 9 2006

CLERK U.S. ... WIEKING
NORTHERN DISTRICT OF COURT
DISTRICT OF CALIFORNIA
SAN JOSE

NDC-15