```
1   FRANK R. UBHAUS, CA. STATE BAR NO. 46085
    JONATHAN D. WOLF, CA. STATE BAR NO. 127043
2   BERLINER COHEN
    TEN ALMADEN BOULEVARD
3   ELEVENTH FLOOR
    SAN JOSE, CALIFORNIA 95113-2233
4   TELEPHONE:  (408) 286-5800
    FACSIMILE:  (408) 998-5388
5   Email:  frank.bhaus@berliner.com
    Email:  jonathan.wolf@berliner.com
6
    ATTORNEYS FOR DEFENDANTS THERMO
7   ELECTRON CORPORATION, THERMO
    ELECTRON SCIENTIFIC INSTRUMENTS, LLC
8   AND THERMO SECURITIES CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAMMERWOOD AVENUE, L.P.,<br><br>    Plaintiff,<br><br>vs.<br><br>THERMO ELECTRON CORPORATION et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | CIVIL ACTION NO. CV-04-01081-JW<br><br>**STIPULATION AND ORDER TO EXCEED PAGE LIMITATION RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date:  September 18, 2006<br>Time:  9:00 a.m.<br>Judge:  Hon. James Ware |

IT IS HEREBY STIPULATED by and between Plaintiff HAMMERWOOD AVENUE, L.P., and Defendants THERMO ELECTRON CORPORATION, THERMO ELECTRON SCIENTIFIC INSTRUMENTS, LLC and THERMO SECURITIES CORPORATION (hereinafter collectively "Thermo"), by and through their respective attorneys of record, that Defendants and Plaintiff be given leave to file supporting and opposing briefs or memoranda for Thermo's Motion for Partial Summary Adjudication in excess of the 25 page limitation imposed by Civil Local Rules 7-2(b), 7-3(a) and 7-4(b).  Thermo believes this Stipulation to exceed page limitation is necessary given the complexity of the issues raised in Thermo's Motion for Partial Summary Adjudication.

IT IS FURTHER STIPULATED that neither the supporting nor opposing briefs or

memoranda shall exceed 30 pages in length, excluding attachments or appendices.

**IT IS SO STIPULATED**.

Dated: August 8, 2006

          BERLINER COHEN

By /s/
JONATHAN D. WOLF
ATTORNEYS FOR DEFENDANTS
THERMO ELECTRON CORPORATION,
THERMO ELECTRON SCIENTIFIC
INSTRUMENTS, LLC AND THERMO
SECURITIES CORPORATION

Dated: August 8, 2006

          RUBY & SCHOFIELD

By /s/
GLEN W. SCHOFIELD
ATTORNEYS FOR PLAINTIFF
HAMMERWOOD AVENUE, L.P.

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS ORDERED that Defendants and Plaintiff may each file briefs or memoranda in support of, or in opposition to, Thermo's Motion for Partial Summary Adjudication in excess of 25 pages, but not to exceed 30 pages in length, exclusive of attachments or appendices.

Dated: August 11, 2006

_/s/ James Ware_
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE