FRANK R. UBHAUS, CA. STATE BAR NO. 46085
JONATHAN D. WOLF, CA. STATE BAR NO. 127043
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
Email: frank.bhaus@berliner.com
Email: jonathan.wolf@berliner.com

ATTORNEYS FOR DEFENDANTS THERMO
ELECTRON CORPORATION, THERMO
ELECTRON SCIENTIFIC INSTRUMENTS, LLC
AND THERMO SECURITIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAMMERWOOD AVENUE, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>THERMO ELECTRON CORPORATION et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CIVIL ACTION NO. CV-04-01081-JW<br><br>**STIPULATION AND ORDER TO EXCEED PAGE LIMITATION RE: DEFENDANTS' REPLY BRIEF ON MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date: September 18, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware |

IT IS HEREBY STIPULATED by and between Plaintiff HAMMERWOOD AVENUE, L.P., and Defendants THERMO ELECTRON CORPORATION, THERMO ELECTRON SCIENTIFIC INSTRUMENTS, LLC and THERMO SECURITIES CORPORATION (hereinafter collectively "Thermo"), by and through their respective attorneys of record, that Defendants be given leave to file a reply brief or memorandum for Thermo's Motion for Partial Summary Adjudication in excess of the 15 page limitation imposed by Civil Local Rules 7-3(c) and 7-4(b). Thermo believes this Stipulation to exceed page limitation is necessary given the complexity of the issues raised in Thermo's Motion for Partial Summary Adjudication and Plaintiff's opposition thereto.

IT IS FURTHER STIPULATED that Thermo's reply brief or memorandum shall not exceed

1  20 pages in length, excluding attachments or appendices.

2  **IT IS SO STIPULATED.**

3  Dated: August 31, 2006

BERLINER COHEN

By _____
JONATHAN D. WOLF
ATTORNEYS FOR DEFENDANTS
THERMO ELECTRON CORPORATION,
THERMO ELECTRON SCIENTIFIC
INSTRUMENTS, LLC AND THERMO
SECURITIES CORPORATION

Dated: August 31, 2006

RUBY & SCHOFIELD

By _____
GLEN W. SCHOFIELD
ANNE MARIE WAGGONER
ATTORNEYS FOR PLAINTIFF
HAMMERWOOD AVENUE, L.P.

### ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, IT IS ORDERED that Defendants may file a reply brief or memorandum in support of Thermo's Motion for Partial Summary Adjudication in excess of 15 pages, but not to exceed 20 pages in length, exclusive of attachments or appendices.

Sept. 5, 2006
Dated: ~~August ___, 2006~~

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE