*E-FILED 9/8/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMERWOOD AVENUE,<br><br>    Plaintiff,<br><br>v.<br><br>THERMO ELECTRON CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 04-01081 JW  (RS)<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **October 3, 2006**, **at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation for the conference, the procedures set forth below are to be followed:

    1.    **Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

    2.    The parties shall lodge with the Court updated confidential settlement conference statements no later than **September 26, 2006**.

///

///

3. The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: 9/8/06

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Shannon N. Cogan     shannon.cogan@berliner.com, rr@berliner.com

A. Bryan Diaz     bryan.diaz@berliner.com

Steven A. Ellenberg     sellenberg@rubyschofield.com

Christine H. Long     christine.long@berliner.com, cathy.sandifer@berliner.com

Allen Ruby     aruby@rubyschofield.com

Glen W. Schofield     gschofield@rubyschofield.com, bug@rubyschofield.com

Anne-Marie Waggoner     awaggoner@rubyschofield.com, lmoore@rubyschofield.com

Jonathan David Wolf     Jdw@berliner.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 9/8/06

                          CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                          By:     /s/ *BAK*