IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hammerwood Avenue, | NO. C 04-01081 JW |
| Plaintiffs,<br>v. | **ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| Thermo Electron Corporation, et al., | |
| Defendants. | |

The Court deems Defendant's Motion for Partial Summary Adjudication appropriate for submission on the papers. <u>See</u> Civ. L. R. 7-1(b). Accordingly, the hearing on September 18, 2006 is vacated.

The Court parties shall appear for a Final Pretrial Conference on **October 23, 2006 at 3 p.m.**

Dated: September 14, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

A. Bryan Diaz bryan.diaz@berliner.com
Allen Ruby aruby@rubyschofield.com
Anne-Marie Waggoner awaggoner@rubyschofield.com
Christine H. Long christine.long@berliner.com
Glen W. Schofield gschofield@rubyschofield.com
Jonathan David Wolf Jdw@berliner.com
Shannon N. Cogan shannon.cogan@berliner.com
Steven A. Ellenberg sellenberg@rubyschofield.com


**Dated: September 14, 2006**                    **Richard W. Wieking, Clerk**


                                                 **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**