1   FRANK R. UBHAUS, CA. STATE BAR NO. 46085
     JONATHAN D. WOLF, CA. STATE BAR NO. 127043
2   BERLINER COHEN
     TEN ALMADEN BOULEVARD
3   ELEVENTH FLOOR
     SAN JOSE, CALIFORNIA 95113-2233
4   TELEPHONE: (408) 286-5800
     FACSIMILE: (408) 998-5388
5   Email: frank.ubhaus@berliner.com
     Email: jonathan.wolf@berliner.com
6
7   JO ANN SHOTWELL, SENIOR COUNSEL, LITIGATION
     THERMO ELECTRON CORPORATION
8   81 WYMAN STREET
     WALTHAM, MA 02454-9046
     TELEPHONE: (781) 622-1000
9
10  ATTORNEYS FOR DEFENDANTS THERMO
    ELECTRON CORPORATION, THERMO
11  ELECTRON SCIENTIFIC INSTRUMENTS, LLC
    AND THERMO SECURITIES CORPORATION

12

13               UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                 SAN JOSE DIVISION

16  HAMMERWOOD AVENUE, L.P.,       CASE NO. CV-04-01081-JW

17          Plaintiff,           STIPULATION AND ORDER EXTENDING
                          DEADLINES IN ORDER FOLLOWING
18      v.                   PRETRIAL CONFERENCE

19  THERMO ELECTRON CORPORATION, et
    al.,
20
         Defendant.
21

22  AND RELATED COUNTERCLAIM

23

24       WHEREAS, on or about July 14, 2006, this Court entered an Order Following

25  Preliminary Pretrial Conference ("Order"); and

26       WHEREAS, the Order required, among other things, that, on or before September 22,

27  2006, the parties prepare a joint witness list, a joint trial exhibit list and a joint list of discovery

28  materials which each party intends to offer in evidence as part of its case-in-chief; and

CASE NO. CV-04-01081-JW                -1-

1   WHEREAS, the Order further requires that the parties lodge with chambers on or before
2   September 22, 2006 any objections to the receipt into evidence of a witness, exhibits or
3   discovery response; and

4   WHEREAS, the Order further requires the parties submit all motions in limine on or
5   before September 22, 2006; and

6

7   WHEREAS, Defendants have filed a Motion for Partial Summary Adjudication which is
8   currently under submission with the Court; and

9   WHEREAS, the Court's ruling on Defendants' Motion for Partial Summary may affect
10  the witnesses, exhibits, discovery responses, any objections thereto, and motions in limine that
11  the parties may submit for trial,

12  IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through
13  their respective attorneys of record, that the deadline for completing a joint witness list, joint trial
14  exhibit list, joint list of discovery materials to be offered into evidence, the deadline for objecting
15  to the receipt into evidence of witnesses, exhibits or discovery responses, and the deadline for
16  filing motions in limine shall be extended to a date seven days after service of the Court's order
17  or ruling on Defendants' Motion for Partial Summary Adjudication.

18  Dated: September 19, 2006

19
20                                                      RUBY & SCHOFIELD
21                                                      By
22                                                      GLEN W. SCHOFIELD
                                                        ATTORNEYS FOR PLAINTIFF
23  Dated: September 18, 2006                           HAMMERWOOD AVENUE, L.P.

24                                                      BERLINER COHEN
25                                                      By
26                                                      JONATHAN D. WOLF
27                                                      ATTORNEYS FOR DEFENDANTS
                                                        THERMO ELECTRON CORP.,
28                                                      THERMO ELECTRON SCIENTIFIC
                                                        INSTRUMENTS, LLC AND THERMO
                                                        SECURITIES CORPORATION

1

<u>ORDER</u>

2

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

3

4

Dated: _____September 21st, 2006_____

5

6

_____

7

HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\\DW\704453.1
091506-13293002