**\*E-FILED 10/23/06\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMERWOOD AVENUE, | No.  C 04-01081 JW  (RS) |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| THERMO ELECTRON CORPORATION, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **October 30, 2006**, **at <u>1:30 p.m</u>**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated:  10/23/06

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Shannon N. Cogan      shannon.cogan@berliner.com, rr@berliner.com

A. Bryan Diaz      bryan.diaz@berliner.com

Steven A. Ellenberg      sellenberg@rubyschofield.com

Christine H. Long      christine.long@berliner.com, cathy.sandifer@berliner.com

Allen Ruby      aruby@rubyschofield.com

Glen W. Schofield      gschofield@rubyschofield.com, bug@rubyschofield.com

Anne-Marie Waggoner      awaggoner@rubyschofield.com, lmoore@rubyschofield.com

Jonathan David Wolf      Jdw@berliner.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 10/23/06

                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                        By:      /s/ *BAK*

**United States District Court**
For the Northern District of California