IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hammerwood Avenue, L.P., | NO. C 04-01081 JW |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| Thermo Electron Corporation, et al., | |
| Defendants. | |

On October 23, 2006, Defendants Thermo Electron Corporation, Thermo Electron Scientific Instruments, L.L.C., and Thermo Securities Corporation (collectively, "Thermo") filed a "Motion for Leave to File Motion for Reconsideration" ("Motion"). Thermo requests reconsideration of a portion of the Court's October 13, 2006 Order Granting in Part and Denying in Part Defendants' Motion for Partial Summary Adjudication ("Order").

To receive leave to file a motion for reconsideration, the moving party must specifically show one of the following:

(1) That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the court before entry of the interlocutory order for which reconsideration is sought. The moving party also must show that in the exercise of reasonable diligence, it did not know of the fact or law at the time of the interlocutory order;

(2) The emergence of new material facts or a change of law occurring after the issuance of the interlocutory order;

(3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Civ. L.R. 7-9(b).

1 Thermo does not identify which of these three possibilities is applicable to their motion.  Indeed,
2 Thermo has failed to identify (1) any material difference in fact or law from that presented to the
3 Court before its Order; (2) any new material facts or change of law occurring after the Order's
4 issuance; or (3) a manifest failure to consider factual or legal arguments presented to the Court
5 before the Order was issued.

6 Rather, Thermo contends as follows.  Lead can exist in liquid, gaseous, or solid forms, and
7 Thermo subsidiaries used lead at the Facility in multiple forms.  Accordingly, "[w]hat makes sense,
8 of course, is that the lead dust that must be the subject of a remediation under governmental
9 requirements now qualifies as a 'Toxic Material,' not that any and all lead in whatever form and
10 regardless of risk or government remediation requirement suddenly becomes a Toxic Material."
11 (Order at 4.)   Thermo appears to contend that there are two possible interpretations of Toxic
12 Materials: (1) that lead, irrespective of matter state, risk, or government remediation requirement is a
13 Toxic Material (Thermo's interpretation of the Court's Order) or (2) that solely lead dust is a Toxic
14 Material to the extent that it requires remediation under government requirements.

15 The precise language of the Court's Order was as follows:

> The Lease's language, "...requiring remediation under federal, state or local statutes..." identifies the substances that are Toxic Materials under the Lease.  This language does not operate as a restriction on Thermo's liability for Toxic Materials contamination only to the extent that a government agency mandates cleanup.  The Court finds that lead is a "Toxic Material" under the Lease.

19 (Order at 6.)  Since neither party raised the issue at the time, the Court's Order lacked the specificity
20 that it otherwise would have with respect to matter state.  However, the Court need not accept
21 Thermo's false dichotomy in order clarify its interpretation of the contract language.  The Court
22 clarifies its reading of the Toxic Material provision as follows:

> The Lease's language, "...requiring remediation under federal, state or local statutes..." identifies the substances that are Toxic Materials under the Lease, **and in what matter states and forms those substances qualify as Toxic Materials**.  This language does not operate as a restriction on Thermo's liability for Toxic Materials contamination only to the extent that a government agency mandates cleanup.  The Court finds that lead **in any matter state and form subject to government remediation** is a "Toxic Material" under the Lease.

2

In other words, lead existing (1) in a solid matter state (2) in the form of dust particles would be an example of a Toxic Material under the Lease, because government remediation rules apply to lead in this matter state and form.  However, these government remediation rules are not dispositive, for summary adjudication purposes, as to the *extent* to which lead dust is a Toxic Material under the Lease.

This clarification should sufficiently address Thermo's concern that "we have an explicit Lease reference to governmental cleanup requirements as the basis for classification of a material as a 'Toxic Material' and yet the Order would nullify application of those governmental cleanup standards by rendering all lead at the Facility a 'Toxic Material' for purposes of the parties' Lease." (Motion at 6.)

Thermo has failed to make the showing required under Civil Local Rule 7-9(b) for leave to file a motion for reconsideration.  The Court DENIES Thermo's motion for leave.

Dated:  November 21, 2006                                            /s/ James Ware
JAMES WARE
United States District Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

A. Bryan Diaz bryan.diaz@berliner.com
Allen Ruby aruby@rubyschofield.com
Anne-Marie Waggoner awaggoner@rubyschofield.com
Christine H. Long christine.long@berliner.com
Glen W. Schofield gschofield@rubyschofield.com
Jonathan David Wolf Jdw@berliner.com
Shannon N. Cogan shannon.cogan@berliner.com
Steven A. Ellenberg sellenberg@rubyschofield.com

**Dated:  November 21, 2006**                                        Richard W. Wieking, Clerk

                                                                    **By: /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**