IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hammerwood Avenue, | NO. C 04-01081 JW |
| Plaintiffs,<br>v.<br>Thermo Electron Corporation, et al.,<br>Defendants. | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SANCTIONS** |

The Court continues the hearing on Defendant's Motion for Sanctions presently scheduled for January 8, 2007 to **January 22, 2007 at 3 p.m.** to coincide with the Final Pretrial Conference.

Dated: January 3, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

A. Bryan Diaz bryan.diaz@berliner.com
Allen Ruby aruby@rubyschofield.com
Anne-Marie Waggoner awaggoner@rubyschofield.com
Christine H. Long christine.long@berliner.com
Glen W. Schofield gschofield@rubyschofield.com
Jonathan David Wolf Jdw@berliner.com
Shannon N. Cogan shannon.cogan@berliner.com
Steven A. Ellenberg sellenberg@rubyschofield.com

**Dated: January 3, 2007**                                   **Richard W. Wieking, Clerk**

                                                             **By:  /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California