IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hammerwood Avenue, | NO. C 04-01081 JW |
| Plaintiff, v. | **ORDER CONTINUING HEARING ON MOTIONS AND FINAL PRETRIAL CONFERENCE** |
| Thermo Electron Corporation, | |
| Defendant. | |

In light of the multiple motions in limine and the sanction motion, the Court continues the hearing on the motions and the Final Pretrial Conference presently scheduled on January 22, 2007 to **January 23, 2007 at 9 a.m.**

Dated: January 18, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

A. Bryan Diaz bryan.diaz@berliner.com
Allen Ruby aruby@rubyschofield.com
Anne-Marie Waggoner awaggoner@rubyschofield.com
Christine H. Long christine.long@berliner.com
Frank R. Ubhaus fru@berliner.com
Glen W. Schofield gschofield@rubyschofield.com
Jonathan David Wolf Jdw@berliner.com
Shannon N. Cogan shannon.cogan@berliner.com
Steven A. Ellenberg sellenberg@rubyschofield.com

Dated: January 18, 2007                Richard W. Wieking, Clerk

                                       By:  /s/ JW Chambers
                                            Elizabeth Garcia
                                            Courtroom Deputy