FRANK R. UBHAUS, CA STATE BAR No. 46085
JONATHAN D. WOLF, CA STATE BAR No. 127043
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
E-MAIL: frank.ubhaus@berliner.com
E-MAIL: jonathan.wolf@berliner.com

JO ANN SHOTWELL, CHIEF COUNSEL, LITIGATION
THERMO FISHER SCIENTIFIC INC.
81 WYMAN STREET
WALTHAM, MA 02454-9046
TELEPHONE: (781) 622-1000

ATTORNEYS FOR DEFENDANTS THERMO FISHER SCIENTIFIC INC., THERMO ELECTRON SCIENTIFIC INSTRUMENTS, LLC AND THERMO SECURITIES CORPORATION

**GRANTED**
*Judge James Ware*
3/27/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| HAMMERWOOD AVENUE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> THERMO ELECTRON CORPORATION, et al., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | CASE NO. CV-04-01081-JW <br><br> NOTICE AND STIPULATION OF DISMISSAL |

NOTICE IS HEREBY GIVEN that Plaintiff Hammerwood Avenue, L.P. (formerly known as Abrams Investment Co., L.P., formerly known as Abrams Investment Company, a California Limited Partnership) (hereinafter "Hammerwood"), and Defendants Thermo Fisher

1  Scientific Inc. (formerly known as Thermo Electron Corporation), Thermo Securities
2  Corporation and Thermo Electron Scientific Instruments, LLC (hereinafter collectively
3  "Thermo") have stipulated to dismissal of this action as follows:

### STIPULATION

Hammerwood and Thermo, by and through their respective attorneys of record, hereby stipulate that this action can be and hereby is dismissed in its entirety with prejudice and with each party bearing its own costs and attorneys' fees. The dismissal stipulated to herein specifically includes the Complaint, First Amended Complaint and Second Amended Complaint filed by Hammerwood and the Counter-claim filed by Thermo, all of which are dismissed with prejudice with each party bearing its own costs and attorneys' fees.

It is so stipulated.

DATED: March 9, 2007        RUBY AND SCHOFIELD

BY: _____
GLEN W. SCHOFIELD
ATTORNEYS FOR
HAMMERWOOD AVENUE, L.P.

DATED: March 12, 2007       BERLINER COHEN

BY: _____
JONATHAN D. WOLF
ATTORNEYS FOR THERMO FISHER SCIENTIFIC
INC., (FORMERLY KNOWN AS THERMO ELECTRON
CORPORATION) THERMO ELECTRON SCIENTIFIC
INSTRUMENTS, LLC AND THERMO SECURITIES
CORPORATION